RECEIVED
IN LAKE CHARLES, LA
JUL 31 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MARIA STE. MARIE, ET AL. | : | DOCKET NO. 06-0054 |
| VS. | : | JUDGE MINALDI |
| MIDWEST FREIGHTWAYS, INC., ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT OF DISMISSAL

On July 7, 2006, the court issued an order advising plaintiffs that the court was considering dismissing defendant, John Doe Insurance Co., because no proceedings had been taken against said defendant within the last six months. LR 41.3W. (July 7, 2006, Notice of Intent to Dismiss). Plaintiffs were allotted 15 calendar days to amend their complaint to substitute a properly named defendant for John Doe Insurance Co. or to file evidence of good cause for their failure to timely proceed against said defendant. *Id.* In a July 20, 2006, letter to the court, plaintiffs' counsel stated that he had no objection to the dismissal of John Doe Insurance Co., without prejudice. [Doc. # 49].

Accordingly, it is ordered that plaintiffs' claims against defendant, John Doe Insurance Co., be, and they are hereby DISMISSED, without prejudice.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 31 day of July, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE